JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDDIE EARL HASKIN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　　Respondent. | No. 2:20-cv-03811-JAK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction and Referring the Petition to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(A),

IT IS ADJUDGED that the petition is denied, and this action is dismissed without prejudice in this Court.

Dated: September 12, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　United States District Judge